311 F.2d 226
 NEUMAN TRANSIT CO., Inc., a Wyoming Corporation,
v.
CENTRAL CASUALTY COMPANY, an Illinois Corporation.
 No. 7068.
 United States Court of Appeals Tenth Circuit.
 Aug. 31, 1962.
 
 Armstrong & Keldsen, Rawlins, Wyo., for appellant.
 Lathrop, Lathrop & Tilker, Cheyenne, Wyo., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed August 31, 1962, pursuant to stipulation, D.C., 203 F.Supp. 413.